August 15, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

MATTHEW R. PHILLIPS, Appellant

NO. 14-12-00487-CV                          V.

DISCOVER BANK, Appellee

_____

       This cause, an appeal from the judgment in favor of appellee, Discover Bank, signed February 21, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

       We order appellant, Matthew R. Phillips, to pay all costs incurred in this appeal.

       We further order this decision certified below for observance.